FILED by___**LS**___D.C.

**May 4, 2018**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA – FT. LAUD.

Pro Se 13 (Rev. 12/16) Complaint for Review of a Social Security Disability or Supplemental Security Income Decision

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

## 18-61011-CV-COHN/SELTZER

Case No. _____

*(to be filled in by the Clerk's Office)*

*Jean Claude Guerrier*
Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

SSA Regional Branch Commissioner
Tampa, Florida
Defendant

*(Write the full name of the current Commissioner of the Social
Security Administration. Do not include address here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR REVIEW OF A SOCIAL SECURITY
## DISABILITY OR SUPPLEMENTAL SECURITY INCOME DECISION – Specifically

Pub # No. 05-10072 ICN 467510, Jan 2011, my earnings record, and Pub. No. 05-10147, ICN 480136, 08/2012 based on the violation of the Due Process including psychologic and economic damages.

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 4

Pro Se 13 (Rev. 12/16) Complaint for Review of a Social Security Disability or Supplemental Security Income Decision

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name *Jean Claude Guerrier*
Street Address
City and County *Tamarac, Broward county Fl 33321*
State and Zip Code *6680 NW 69th Ct*
Telephone Number *813-562-5633*
E-mail Address *guerrierjean01@gmail.com*
**Last Four Digits** of Your Social Security Number *(Do not include full number)*

### B. The Defendant

Provide the information below for the defendant named in the complaint. Attach additional pages if needed.

Defendant *(The current Commissioner of the Social Security Administration)*

Name *SSA Regional Office, Howard Jhonson*
Street Address *4070 Gunn Highway, Carollwood*
City and County *Tampa, Florida 33618 Ste 700*
State and Zip Code
*(Regional Office of the Social Security Administration General Counsel.)*
Telephone Number *Ph: 1800-772-1213*
E-mail Address *(if known)*

## II. Basis for Jurisdiction

This is an action seeking court review of a decision of the Commissioner of the Social Security Administration. Jurisdiction for such proceedings can be based on two statutes. If this complaint seeks review of a decision regarding Disability Insurance Benefits under Title II of the Social Security Act, jurisdiction is proper under 42 U.S.C. § 405(g). If this complaint seeks review of a decision regarding Supplemental Security Income under Title XVI of the Social Security Act, jurisdiction is proper under 42 U.S.C. § 1383(c)(3). Please check the type of claim you are filing.

| Claim Type | For Clerk's Office Use Only |
|---|---|
| Disability Insurance Benefits Claim (Title II) | COA: 42:0405id<br>NOS: 864 |
| Supplemental Security Income Claim (Title XVI) | COA: 42:1383<br>NOS: 863/864 |
| Child Disability Claim | COA: 42:0405wc<br>NOS: 863 |
| Widow or Widower Claim | COA: 42:0405ww<br>NOS: 863 |

*Review of the following Pub.# 05-10072 (01/20) , Pub.# 05-10147 and my earnings record. based on the violation og the Due Process. 14th Amendment*

Page 2 of 4

Pro Se 13 (Rev. 12/16) Complaint for Review of a Social Security Disability or Supplemental Security Income Decision

An appeal from a decision of the Commissioner must be filed within 60 days of the date on which you received notice that the Commissioner's decision became final.  When did you receive notice that the Commissioner's decision was final?  *(This is likely the date on which you received notice from the Social Security Appeals Council that your appeal was denied.)*

March 26, 2018, it is not only final, it is denying me the rights to due process in violation of 14th amendment.

Please attach a copy of the Commissioner's final decision, and a copy of the notice you received that your appeal was denied from the Social Security Appeals Council.

Here is the copies.

## III.  Statement of Claim

Federal courts may overturn decisions by the Commissioner of Social Security only if the decision was not supported by substantial evidence in the record or was based on legal error.  Why should this court overturn the Commissioner's decision?  *(Check all that apply)*

☐ The Commissioner found the following facts to be true, but these facts are not supported by substantial evidence in the record.  *(Explain why the Commissioner's factual findings are not supported by substantial evidence in the record.)*

☑ The Commissioner's decision was based on legal error.  *(Identify all legal errors.)*

## IV.  Relief

State what you want the court to do *(check all that apply)*:

☐ Issue a summons directing the defendant to appear before the court.

☐ Order the defendant to submit a certified copy of the transcript and record, including evidence upon which the findings and decision are based.

☑ Modify the defendant's decision and grant monthly maximum insurance benefits to the plaintiff, retroactive to the date of initial disability.

I also asking the SSA to repare the (damages) economic, and psychologic damages and suffrings SSA has been done to me during all these years including costs

☐ In the alternative, remand to the defendant for reconsideration of the evidence.

☑ Grant any further relief as may be just and proper under the circumstances of this case.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. *explanation of this rule 11*

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff   *Jean C Guerrier*

Printed Name of Plaintiff   JEAN CLAUDE GUERRIER

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

United States District Court                                      General Civil Case Filing Requirements
Southern District of Florida

# Certificate of
# Service

    **I hereby certify** that a true and correct copy of the foregoing was served by [specify method of service] on [date] on all counsel or parties of record on the Service List below.

*Jean C Guerrier*
Signature of Filer

# SERVICE LIST

Party or Attorney Name
Attorney E–mail Address (if applicable)
Firm Name (if applicable)
Street Address
City, State, Zip Code
Telephone: (xxx)xxx–xxxx
Facsimile: (xxx)xxx–xxxx
Attorneys for Plaintiff/Defendant
[Party's Name(s)] (if applicable)

Jean Claude Guerrier
6680 NW 69th Ct.
Tamarac, Fl. 33321
Ph 813-562-3633

Party or Attorney Name
Attorney E–mail Address (if applicable)
Firm Name (if applicable)
Street Address
City, State, Zip Code
Telephone: (xxx)xxx–xxxx
Facsimile: (xxx)xxx–xxxx
Attorneys for Plaintiff/Defendant
[Party's Name(s)] (if applicable)

Regional Comissioner
of the SSA in Tampa, Fl
4010 Gunn Highway
Tampa, Fl 33618
Suite 100
Ph 1 800-772-1213

31



DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

*These are the copies the Court asking for 3 pages*

March 26, 2018

JEAN C GUERRIER
6680 NW 69TH CT
TAMARAC FL 33321-5313

# * * * * Your Direct Express® Debit MasterCard® Card * * * * Is On the Way



Within the next few weeks, you should be receiving your new **Direct Express® Debit MasterCard®** card. Treasury records show that recently you received a federal benefit payment by paper check and have not responded to our past letters on making an electronic payment choice. Federal regulation *(31 CFR Part 208)* now requires that your federal benefit payments be made either by **direct deposit** or **Direct Express®,** a prepaid debit card issued by Comerica Bank acting on Treasury's behalf. Therefore, your card will be automatically sent within the next few weeks.

If you choose to activate the **Direct Express®** card, it can replace your paper check(s) for your monthly benefit payment(s). IT IS NOT A CREDIT CARD OR A GIFT CARD. It is a debit card that is loaded each month on your current payment date with the dollar amount(s) of your benefit payment(s). You may then use the card anywhere that Debit MasterCard® is accepted to pay bills or obtain cash.

If you prefer to have your payment(s) direct deposited to a bank or credit union account, in place of the **Direct Express®** card you may do so. When you receive your card, you should either add your payments and activate your card or follow the instructions included with the card for having your benefits set up for direct deposit. If neither of these options works for you, please refer to the card packet for information on requesting additional payment options.

**U.S. Treasury**
Electronic Payment Solution Center

Direct Express® is a registered trade mark of the U.S. Department of the Treasury, Bureau of the Fiscal Service (used with permission). The Direct Express® Debit MasterCard® card is issued by Comerica Bank, pursuant to a license by MasterCard International

# Social Security Administration

Date:   February 6, 2018
Claim Number:   XXX-XX-3222A
XXX-XX-3222AI

012460  1 AB 0.408 P003 T0025 LTR BEV 0206

JEAN C GUERRIER
6680 NW 69TH CT
TAMARAC FL 33321-5313



You asked us for information from your record.  The information that you requested is shown below.  If you want anyone else to have this information, you may send them this letter.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning January 2013.

You are entitled to medical insurance under Medicare beginning October 2013.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov'r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-331-8637.  We can answer most questions over the phone.  If you are deaf or hard of hearing, you may call our TTY number, 1 800-325-0778.  You can also write or visit any Social Security office.  The office that serves your area is located at:



SOCIAL SECURITY
SUITE 100
8501 W SUNRISE BLVD
PLANTATION, FL 33322

See Next Page

XXX-XX-3222A
XXX-XX-3222AI

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

